UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WASTE MANAGEMENT OF ST. LOUIS-, ) <br> WEST HAULING DIVISION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED AUTOMOBILE, AEROSPACE, AND ) <br> AGRICULTURAL IMPLEMENT WORKERS, ) <br> OF AMERICA, LOCAL UNION NO. 282 ) | Cause No. 4:04CV00361JCH |

Defendant.

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the arbitration award entered against Plaintiff Waste Management of St. Louis, West Hauling Division is hereby CONFIRMED and Plaintiff's Complaint is DISMISSED. Judgment is hereby entered in favor of Defendant United Automobile, Aerospace,and Agricultural Implement Workers of America, Local Union No. 282.

Dated this 28th Day of July, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com